John O. Avery, ISB No. 3407
Avery Law
3153 E. 17th Street
Ammon, ID 83406
Telephone: (208) 639-9400
Facsimile: (208) 994-3182

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) ) Steven Woodrow Noriyuki ) ) Debtor. ) ) _____) ) Gary L. Rainsdon, as Trustee of the ) Bankruptcy Estate of Steve Woodrow ) Noriyuki, ) Plaintiff, ) vs. ) ) Steven Woodrow Noriyuki; Steven Craig ) Craig Noriyuki; Joy Baron; Steven Craig ) Noriyuki, as Trustee of the Whiterun ) Revocable Trust; Gary Noriyuki; Donna ) Noriyuki; and Brightline Holdings, LLC., a ) limited liability company, ) ) Defendants. ) _____) | Case No. 20-40087-NGH<br><br>Chapter 7<br><br><br><br>ADVERSARY NO. 22-08006-NGH<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

COMES NOW, John O. Avery of Avery Law, and hereby gives notice to this honorable Court and all interested parties that he substitutes as counsel of the Debtor in the above-mentioned matter. The Court and all parties are hereby requested to make note of said substitution.  //end of text//

DATED this 20th day of August, 2024.

/s/ John O. Avery
John Avery, Attorney for Debtor
Avery Law

/s/ Holly Sutherland
Former Attorney of Debtor

## CERTIFICATE OF SERVICE

COMES NOW, Crystal M. Robertson, and hereby certifies that on August 20, 2024, I electronically filed the Notice of Substitution of Counsel using the CM/ECF system, which sent a Notice to the following person(s):

U.S. Trustee @ ustp.region18.bs.ecf@usdoj.gov

Gary Rainsdon @ trustee@filertel.com and id09@ecfcbis.com

Heidi Buck Morrison @ heidi@racineolson.com

Daniel Green @ dan@racineolson.com

Matthew Todd Christensen @

mtc@johnsonmaylaw.com    mtcecf@gmail.com    mar@johnsonmaylaw.com

mla@johnsonmaylaw.com    acs@johnsonmaylaw.com    ecf@johnsonmaylaw.com

atty_christensen@bluestylus.com    christensenmr81164@notify.bestcase.com

And, I hereby certify that I served a true and correct copy of the above-mentioned on August 20, 2024, upon the following person(s) by mailing by first class mail with the necessary postage affixed thereto:

Steven Noriyuki
PO Box 868
Paul, ID 83347

Joy Baron
556 W. Baseline
Paul, ID 83347

/s/ Crystal Robertson
Chapter 13 Paralegal

Joy Baron
556 W. Baseline
Paul, ID 83347

/s/ Crystal Robertson
Chapter 13 Paralegal